```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
                                ----oo0oo----
11
12  SACRAMENTO MUNICIPAL UTILITY
    DISTRICT, a political
13  subdivision of the State of
    California,
14                                         NO. CIV. 2:09-3133 WBS DAD
                Plaintiff,
15                                         ORDER OF RECUSAL
                     v.
16
    BANK OF AMERICA, N.A., et al.,
17
                Defendants.
18
    _____/
19
20                              ----oo0oo----
21           Pursuant to 28 U.S.C. § 455(b)(4), the undersigned
22  hereby recuses himself as the judge to whom this case is assigned
23  because the undersigned has a financial interest in General
24  Electric Corporation.
25           IT IS THEREFORE ORDERED that the Clerk of the Court
26  reassign this case to another judge for all further proceedings,
27  making appropriate adjustments in the assignments of civil cases
28  to compensate for such reassignment.
                                     1
```

IT IS FURTHER ORDERED that any previous orders issued by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

DATED: November 23, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE